IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

      Plaintiff,                    No. CIV S-04-1585 MCE KJM P

   vs.

MULE CREEK STATE PRISON,

      Defendant.              ORDER

_____/

        On May 5, 2005, the court dismissed plaintiff's complaint and gave him thirty days in which to file a second amended complaint.

        On May 31, 2005, plaintiff filed a request for an extension of time in which to file his pretrial statement and motions to secure the attendance of witnesses. However, the court has not issued any scheduling order or otherwise set a trial date or a deadline for plaintiff's pretrial statement. The court will treat this request as one for an extension of time to file a second amended complaint pursuant to the court's order of May 5, 2005.

/////

/////

/////

/////

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. Plaintiff's May 31, 2005 request for an extension of time is granted; and

3     2. Plaintiff shall file a second amended complaint on or before July 5, 2005.

4 DATED: June 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

10 2/kf
payn1585.36