IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

    Plaintiff,                    No. CIV S-04-1585 MCE KJM P

    vs.

MULE CREEK STATE PRISON,

    Defendant.                ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file a second amended complaint pursuant to the court's order of May 5, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 28, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

DATED:  July 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf
payn1585.36a