IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

      Plaintiff,                    No. CIV S-04-1585 MCE KJM P

    vs.

TROY BRIMHALL, et al.,

      Defendants.          ORDER

                            /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983. By order filed May 5, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Brimhall, Brett Williams, Smith, Douglas, Sogge and D. Williams.

        2. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed August 23, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Seven copies of the endorsed amended complaint filed August 23, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
payn1585.1amd

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  MARK PAYNE,
12          Plaintiff,                    No. CIV S-04-1585 MCE KJM P
13      vs.
14  TROY BRIMHALL, et al.,
15          Defendants.                   NOTICE OF SUBMISSION OF DOCUMENTS
16  _____/
17          Plaintiff hereby submits the following documents in compliance with the court's
18  order filed _____:
19          __1__       completed summons form
20          __6__       completed USM-285 forms
21          __7__       copies of the __8/23/05_____
                                       Amended Complaint
22  DATED:
23
24
                                              _____
25                                            Plaintiff
26