IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

    Plaintiff,                    No. CIV S-04-1585 MCE KJM P

    vs.

TROY BRIMHALL, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to comply with the court's May 3, 2006 order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 19, 2006 motion for an extension of time is granted; and

        2. Plaintiff shall submit the documents described in this court's May 3, 2006 order by July 2, 2006.

DATED: May 26, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

1/mp
payn1585.36