IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

        Plaintiff,                    No. CIV S-04-1585 MCE KJM P

    vs.

TROY BRIMHALL, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983.

        On June 14, 2006, the court ordered the United States Marshal to serve the complaint on six defendants. Process directed to defendants Sogge and D. Williams was returned unserved. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed August 23, 2005;

1       2.  Within sixty days from the date of this order, plaintiff shall complete and
2  submit the attached Notice of Submission of Documents to the court, with the following
3  documents:
4              a.  Two completed USM-285 forms, one each for defendants Sogge and D.
5                  Williams; and
6              b.  Three copies of the endorsed amended complaint filed August 23,
7                  2005;
8  or show good cause why he cannot provide such information.
9  DATED: October 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
payn1585.8e

|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

MARK PAYNE,

     Plaintiff,                          No. CIV S-04-1585 MCE KJM P

    vs.

TROY BRIMHALL, et al.,           <u>NOTICE OF SUBMISSION</u>

     Defendants.                  <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         __2__    completed USM-285 forms

         __3__    copies of the _August 23, 2005_
                            Amended Complaint

DATED:

                                                      _____
                                                        Plaintiff