IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK L. PAYNE,

        Plaintiff,                     No. CIV S-04-1585 MCE KJM P

    vs.

TROY BRIMHALL, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has filed a second request for an extension of time to file an opposition to the defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 8, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the defendants' motion to dismiss.

DATED: March 21, 2007.

                                                     U.S. MAGISTRATE JUDGE

/bb
payn1585.36(2)