IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK L. PAYNE,

        Plaintiff,                    No. CIV S-04-1585 MCE KJM P

    vs.

TROY BRIMHALL, et al.,

        Defendants.            ORDER

/

        Plaintiff has filed his fourth motion for an extension of time to file and serve an opposition to defendants' January 26, 2007 motion to dismiss. Good cause appearing, the motion will be granted. No further extensions of time will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 11, 2007 motion for an extension of time is granted; and

        2. Plaintiff shall file and serve an opposition to defendants' January 26, 2007 motion to dismiss on or before July 8, 2007. No further extensions of time will be granted.

DATED: June 20, 2007.

                                    U.S. MAGISTRATE JUDGE

/mp
payn1585.36sec