IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK L. PAYNE,

    Plaintiff,                              No. CIV S-04-1585 MCE KJM P

    vs.

G. STRATTON, Warden, et al.,

    Defendants.                      ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se. On September 15, 2006, defendants Brimhall, Smith and B. Williams filed a motion to dismiss. Despite being given extensions of time to do so, plaintiff still has not filed an opposition. Good cause appearing, IT IS HEREBY ORDERED that plaintiff file an opposition to the September 15, 2006 motion to dismiss filed by defendants Brimhall, Smith and B. Williams within fifteen days of this order. Plaintiff's failure to file an opposition within fifteen days will result in a recommendation that this action be dismissed. Any reply to the opposition shall be filed and served within five days of service of the opposition.

DATED: August 15, 2007.

_____
U.S. MAGISTRATE JUDGE

1
payn1585.osc