IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK L. PAYNE,                                         No. 04-cv-01585-MCE-KJM P

    Plaintiff,

  vs.                                                              ORDER

G. STRATTON, Warden, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 23, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On September 10, 2007, plaintiff filed a document which the court construes as objections to the findings and recommendations.

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2  304, this court has conducted a de novo review of this case. Having carefully reviewed the entire
3  file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The findings and recommendations filed August 23, 2007, are adopted in full;
7  2. The January 26, 2007 motion to dismiss filed by defendants Sogge and
8  Williams is granted in part and denied in part as follows:
9  a. Granted with respect to plaintiff's claims based on the First, Fifth
10  and Fourteenth Amendments; and
11  b. Denied with respect to plaintiff's Eighth Amendment claims.
12  3. Defendant Sogge and Williams shall file their answer within twenty days.

Dated: September 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE