IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK L. PAYNE,

    Plaintiff,                         No. CIV S-04-1585 MCE KJM P

    vs.

G. STRATTON, Warden, et al.,          <u>ORDER</u>

    Defendants.

                             /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 11, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The findings and recommendations filed September 11, 2007, are adopted in
3   full; and

4   2. The September 15, 2006 motion to dismiss filed by defendants Brimhall,
5   Smith and B. Williams is granted in part and denied in part as follows:

6       A. Granted with respect to plaintiff's claims against defendant Smith, and
7       plaintiff's claims against defendant Smith are dismissed without prejudice;
8       B. Denied with respect to the Eighth Amendment claims identified in the
9       magistrate judge's findings and recommendations against defendants
10      Brimhall and B. Williams; and
11      C. Granted with respect to the remainder of plaintiff's claims against
12      defendants Brimhall and B. Williams.

13  3. Defendants Brimhall and B. Williams shall file their answer within
14  twenty (20) days.

Dated: September 28, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE