IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

      Plaintiff,                         No. CIV S-04-1585 MCE KJM P

    vs.

G. STRATTON, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On December 7, 2007, plaintiff filed a motion in which he asks that the court order officials at plaintiff's prison to allow plaintiff two hours of access to the prison law library per week. But plaintiff has not provided any specific reason why he needs such access. Therefore, his motion will be denied.

/////

/////

/////

/////

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
2 December 7, 2007 motion for an order directing officials at his prison to allow plaintiff access to
3 the prison law library is denied.

4 DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

1
payn1585.ll

2