IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK L. PAYNE,

     Plaintiff,               No. CIV S-04-1585 MCE KJM P

   vs.

G. STRATTON, et al.,

     Defendants.        ORDER

_____/

        Defendant Douglas requests that he not be required to engage in discovery until his motion to dismiss is resolved.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Defendant Douglas's request that he not be required to engage in discovery at the present time (#70) is granted; and

        2.  The dates established in the court's May 30, 2008 scheduling order are not applicable to plaintiff's claims against defendant Douglas.  Those dates will be reestablished, if necessary, after the court rules on defendant Douglas's motion to dismiss.

DATED:  July 11, 2008.

_____
U.S. MAGISTRATE JUDGE

1/payn1585.36