IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK L. PAYNE,

      Plaintiff,                      No. CIV S-04-1585 MCE KJM P

    vs.

G. STRATTON, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  He requests that the court stay this action due to his being ill.  Good cause appearing, IT IS HEREBY ORDERED that defendants file a response to plaintiff's July 23, 2008 request for a stay within fifteen days of this order.

DATED: August 7, 2008.

                                        U.S. MAGISTRATE JUDGE

1
payn1585.sty