IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK L. PAYNE,

      Plaintiff,                    No. CIV S-04-1585 MCE KJM P

   vs.

G. STRATTON, Warden, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On September 19, 2008, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous motions were filed on April 25, 2007 and September 19, 2007. All motions were denied. In light of those orders, and the court's determination that there has been no material change in the relevant factors, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel (docket no. 80) is denied.

DATED: October 20, 2008.

                                U.S. MAGISTRATE JUDGE

/mp
payn1585.31thr