IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK L. PAYNE,

      Plaintiff,                            No. CIV S-04-1585 MCE KJM P

   vs.

G. STRATTON, Warden, et al.,         ORDER

      Defendants.

                                /

        Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 18, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed September 18, 2008, are adopted in full;

2. Defendant Douglas's motion to dismiss (#60) is granted;

3. Defendant Douglas is dismissed from this action;

4. Plaintiff's request for a stay (#72) is granted;

5. Except with respect to plaintiff's claims against defendant Douglas, this case is stayed and plaintiff is directed to notify the court within sixty days as to whether the stay can be lifted;

6. The clerk of the court is directed to administratively close this case.

Dated:  December 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE