IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

      Plaintiff,                     No. CIV S-04-1585 MCE KJM P

     vs.

MULE CREEK STATE PRISON, et al.,

      Defendants.          <u>ORDER</u>

         Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Therefore, the court intends to appoint counsel and set this matter for a status hearing. Benjamin Weston has been selected by random draw from the court's attorney panel. Both parties shall appear by counsel at the status hearing and be prepared to discuss how this matter should proceed.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Benjamin Weston shall notify the court within five days if he is unable to accept appointment in this matter.

/////

/////

1      2. This matter is set for a status hearing at 10:00 a.m. on April 6, 2009 before the
2 undersigned in Courtroom #26. Both parties shall appear by counsel at the status conference and
3 shall be prepared to discuss how this matter should proceed.
4      3. The Clerk of the Court is directed to serve a copy of this order upon Benjamin
5 Weston, McBreen & Senior, 2029 Century Park East, Third Floor, Los Angeles, CA, 90067.
6 DATED: February 23, 2009.

_____
U.S. MAGISTRATE JUDGE

1
payn1585.31