IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

        Plaintiff,                     No. CIV S-04-1585 MCE KJM P

   vs.

MULE CREEK STATE PRISON, et al.,

        Defendants.           <u>ORDER</u>

_____/

       Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On February 23, 2009 the court indicated that it intended to appoint Mr. Benjamin Weston as counsel for plaintiff. Mr. Weston has informed the court that he cannot represent plaintiff. Therefore, Mr. Weston will not be appointed.

       Because the court finds that appointment of counsel for plaintiff is still warranted, the court intends to appoint counsel and set this matter for a status hearing. Catherine Allen has been selected by random draw from the court's attorney panel to represent plaintiff. Unless Ms. Allen informs the court within five days that she cannot act as plaintiff's counsel, she and counsel for defendants shall appear at the status hearing and be prepared to discuss how this matter should proceed.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Catherine Allen shall notify the court within five days if she is unable to accept appointment in this matter.

2. This matter is set for a status hearing at 10:00 a.m. on April 29, 2009 before the undersigned in Courtroom #26. Both parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

3. The Clerk of the Court is directed to serve a copy of this order upon Catherine Allen, Hunton & Williams, 550 S. Hope Street, Suite 2000, Los Angeles, CA, 90071.

4. The Clerk shall also serve a copy of this order on Benjamin Weston, McBreen & Senior, 2029 Century Park East, Third Floor, Los Angeles, CA, 90067.

DATED: March 18, 2009.

_____
U.S. MAGISTRATE JUDGE

1
payn1585.31(b)