IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

        Plaintiff,                     No. CIV S-04-1585 MCE KJM P

    vs.

MULE CREEK STATE PRISON, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On March 19, 2009 the court indicated that it intended to appoint Ms. Catherine Allen as counsel for plaintiff. Ms. Allen has informed the court that she cannot represent plaintiff. Therefore, Ms. Allen will not be appointed.

        Because the court finds that appointment of counsel for plaintiff is still warranted, the court intends to appoint counsel and set this matter for a status hearing. Amir Hassihi has been selected by random draw from the court's attorney panel to represent plaintiff. Unless he informs Sujean Younger, ADR and Pro Bono Program Director, within five days that he cannot act as plaintiff's counsel, he will be appointed. Mr. Hassihi and counsel for defendants shall appear at the status hearing scheduled to occur on June 10, 2009 and be prepared to discuss how this matter should proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within five days Amir Hassihi shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if he is unable to accept appointment in this matter.

2. This matter is set for a status hearing at 10:00 a.m. on June 10, 2009 before the undersigned in Courtroom #26. Both parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

3. The Clerk of the Court is directed to serve a copy of this order upon Amir Hassihi, Shook, Hard and Bacon LLP, 333 Bush Street, Suite 600, San Francisco, CA, 94104-2828.

4. The Clerk shall also serve a copy of this order on Catherine Allen, Hunton & Williams, 550 S. Hope Street, Suite 2000, Los Angeles, CA, 90071.

DATED: May 5, 2009.

_____
U.S. MAGISTRATE JUDGE

1
payn1585.31(d)