IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

        Plaintiff,                      No. CIV S-04-1585 MCE KJM P

    vs.

MULE CREEK STATE PRISON, et al.,

        Defendants.            <u>ORDER</u>

                                    /

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On March 19, 2009 the court indicated that it intended to appoint Ms. Catherine Allen as counsel for plaintiff. Ms. Allen has informed the court that she cannot represent plaintiff. Therefore, Ms. Allen will not be appointed.

        Because the court finds that appointment of counsel for plaintiff is still warranted, the court intends to appoint counsel and set this matter for a status hearing. Michael Newdow has been selected by random draw from the court's attorney panel to represent plaintiff. If Mr. Newdow needs any additional information regarding this appointment, he should contact Sujean Younger, ADR and Pro Bono Program Director at 916-930-4278. Mr. Newdow and counsel for defendants shall appear at the status hearing scheduled to occur on July 1, 2009 and be prepared to discuss how this matter should proceed.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. This matter is set for a status hearing at 10:00 a.m. on July 1, 2009 before the
3 undersigned in Courtroom #26.  Both parties shall appear by counsel at the status conference
4 and shall be prepared to discuss how this matter should proceed.

5     2. The Clerk of the Court is directed to serve a copy of this order upon Michael
6 Newdow, Post Office Box 233345, Sacramento, CA 95823.

7     3. The Clerk shall also serve a copy of this order on Catherine Allen, Hunton &
8 Williams, 550 S. Hope Street, Suite 2000, Los Angeles, CA 90071.

9 DATED: May 14, 2009.

U.S. MAGISTRATE JUDGE

1
payn1585.31(e)