IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAYNE,

    Plaintiff,                               No. CIV S-04-1585 MCE KJM P

    vs.

BRETT WILLIAMS, et al.

    Defendants.                  <u>ORDER</u>

_____/

       Plaintiff is a prisoner proceeding with an action under 42 U.S.C. § 1983. A status conference was held on July 1, 2009. In accordance with the rulings of the court at the conference, IT IS HEREBY ORDERED that Michael Newdow is appointed as counsel for the plaintiff for the limited purpose of preparing for and attending the settlement conference that will take place before U.S. Magistrate Judge Craig M. Kellison, at High Desert State Prison, on a date to be determined later by the court. Mr. Newdow's appointment will terminate when settlement discussions have concluded. Mr. Newdow shall notify the court of the termination of settlement discussions within ten days of their termination.

DATED: August 6, 2009.

_____
U.S. MAGISTRATE JUDGE

4 payn1585.oah