1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK PAYNE,

11              Plaintiff,                    No. CIV S-04-1585 MCE KJM P

12        vs.

13   BRETT WILLIAMS, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16              Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983.

17   The court has referred this case for settlement conference.  <u>See</u> Docket no. 96.

18              This case will be referred to Magistrate Judge Craig S. Kellison to conduct a

19   settlement conference at High Desert State Prison (HDSP) on October 7, 2009, at 9:00 a.m.

20              In accordance with the above,  IT IS HEREBY ORDERED that:

21              1.  This case is set for mediation on October 7, 2009, at 9:00 a.m. at HDSP, Rice

22   Canyon Road, Susanville, California.

23   /////

24   /////

25   /////

26   /////

1

2.  The parties are directed to provide confidential settlement conference statements to Magistrate Judge Kellison, 501 I Street, Sacramento, California 95814, so that they arrive no later than September 30, 2009.

3.  The Clerk of the Court is directed to serve a copy of this order on Sujean Younger, the court's Alternative Dispute Resolution Coordinator.

DATED:  September 3, 2009.

_____
U.S. MAGISTRATE JUDGE

1/sj
payn1585.med

2