|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

MARK PAYNE

       Plaintiff,                    No. CIV S-04-1585 MCE KJM P

    vs.

BRETT WILLIAMS, et al.

       Defendants.          <u>ORDER</u>

_____/

        Settlement negotiations have concluded. Therefore, plaintiff's counsel has been relieved. <u>See</u> August 7, 2009 Order. Good cause appearing, IT IS HEREBY ORDERED that:

        1) Within fifteen days, plaintiff shall inform the court whether he is ready to proceed with this action or whether he requests another stay. If plaintiff requests a stay, he is directed to explain his reasons for his request.

        2) The Clerk of the Court is directed to terminate Michael Newdow as counsel for plaintiff and reinstate plaintiff as proceeding pro se.

DATED: October 15, 2009.

                                             U.S. MAGISTRATE JUDGE

1/payn1585.sty